# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Jeffrey S. | U.S. District, Northern Calif | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court, Northern District of Calif.
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | University of California, Berkeley School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Orrick, Herrington and Sutcliffe Defined Benefit Plan - Retired Partner |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. Jan- Dec | UC Berkeley - School of Law | $6,470.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | | | Sold | 01/18/19 | K | | |
| 2. ISHARES US Consumer Noncyclic | A | Dividend | | | Sold (part) | 01/23/19 | K | C | |
| 3. | | | | | Sold (part) | 04/03/19 | L | D | |
| 4. | | | | | Sold | 10/21/19 | K | C | |
| 5. ISHARES DJ US Energy Sector | A | Dividend | | | Sold | 01/08/19 | L | | |
| 6. Consumer Discrectionary Sector SPDR | A | Dividend | | | Sold (part) | 01/23/19 | K | C | |
| 7. | | | | | Sold (part) | 03/21/19 | K | C | |
| 8. | | | | | Sold (part) | 04/03/19 | K | D | |
| 9. | | | | | Sold | 10/21/19 | J | C | |
| 10. Health Care Select Sector SPDR | A | Dividend | | | Sold (part) | 01/23/19 | K | C | |
| 11. | | | | | Sold (part) | 03/21/19 | K | C | |
| 12. | | | | | Sold (part) | 04/03/19 | L | D | |
| 13. | | | | | Sold | 10/21/19 | J | B | |
| 14. Industrial Select Sector SPDR | A | Dividend | | | Sold (part) | 01/24/19 | K | | |
| 15. | | | | | Sold | 03/21/19 | K | A | |
| 16. Provident Credit Union | A | Interest | J | T | | | | | |
| 17. Orrick Investments 2000 LLC | A | Interest | J | U | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Pollock Montgomery Washington Tower Investors II Partnership | A | Distribution | J | U | | | | | |
| 19. Pollock 2007-2008 Independent Investors, LLC | A | Distribution | J | U | | | | | |
| 20. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 21. Oppenheimer Developing Mkts Y (ODVYX) | A | Dividend | | | Sold | 10/21/19 | K | A | |
| 22. TTLC RIA 2 LLC | A | Interest | L | U | | | | | |
| 23. TTLC Talavera, LLC | A | Int./Div. | J | U | | | | | |
| 24. TTLC Lee Farms, LLC | A | Int./Div. | J | U | | | | | |
| 25. TTLC Livermore Center, LLC | A | Int./Div. | M | U | Buy (add'l) | 05/18/19 | K | | |
| 26. TTLC Mirza, LLC | A | Int./Div. | L | U | | | | | |
| 27. Morgan Stanley Bank Account | A | Interest | L | T | | | | | |
| 28. Legg Mason Scholars Choice 529 Age Based Option: Age 10-12 | E | Int./Div. | M | T | | | | | |
| 29. Legg Mason Scholars Choice 529 Age Based Option: Age 4-6 | D | Int./Div. | | | Sold | 12/02/19 | M | E | |
| 30. Legg Mason Scholars Choice 529 Age Based Option: 7-10 | A | Int./Div. | M | T | Buy | 12/02/19 | M | | |
| 31. Legg Mason Scholars Choice 529 Age Based Option: Age 0-3 | C | Int./Div. | | | Sold | 04/01/19 | M | D | |
| 32. Legg Mason Scholars Choice 529 Age Based Option: Age 4-6 | B | Int./Div. | M | T | Buy | 04/01/19 | M | | |
| 33. Condo Rental - Cabo San Lucas, Baja Sur, Mexico 7/18 ($ 385,000) | A | Rent | N | R | | | | | |
| 34. TTLC Tarob 4, LLC | A | Int./Div. | L | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   TTLC High Point, LLC | A | Int./Div. | K | U | | | | | |
| 36.   TTLC Sunnyvale FC LLC | A | Int./Div. | L | U | | | | | |
| 37.   TTLC Cardoso, LLC | C | Distribution | | | Distributed | 07/01/19 | K | | |
| 38.   TTLC Calistoga, LLC | A | Int./Div. | L | U | | | | | |
| 39.   The True Life Companies, LLC | B | Int./Div. | O | U | Buy<br>(add'l) | 01/24/19 | M | | |
| 40.   True Life Elite Fund 1 LP | A | Int./Div. | N | U | Buy | 01/24/19 | M | | |
| 41. | | | | | Buy<br>(add'l) | 02/28/19 | L | | |
| 42. | | | | | Buy<br>(add'l) | 03/01/19 | K | | |
| 43.   GOFXX | A | Interest | | | Buy | 05/30/19 | L | | |
| 44. | | | | | Sold<br>(part) | 06/20/19 | J | | |
| 45. | | | | | Sold | 10/28/19 | L | | |
| 46.   Morgan Stanley IRA # 1 (H) | | | | | | | | | |
| 47.   - Bank Deposit Program | A | Interest | M | T | | | | | |
| 48.   -ISHARES FTSE/Xinua China 25 | A | Dividend | K | T | | | | | |
| 49.   -ISHARES - MSCI EAFE Index Fund | C | Dividend | L | T | | | | | |
| 50.   -ISHARES - MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 51.   -ISHARES - S&P Europe 350 Index | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -California St CA GO- Taxable 6.2% | B | Interest | | | Matured | 03/15/19 | L | | |
| 53. -Energy Select Sector SPDR | A | Dividend | K | T | | | | | |
| 54. -Bank of America Corp 5.49% Bond | A | Interest | | | Redeemed | 03/15/19 | K | | |
| 55. -First TR Exchange Traded FD Dow Jones | A | Dividend | L | T | | | | | |
| 56. -Ishares TR Russell Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 57. -Ishares TR S&P Small-Cap 600 Growth | A | Dividend | K | T | | | | | |
| 58. -Blackrock Global Allocation I (MALOX) | B | Dividend | M | T | | | | | |
| 59. -Clearbridge Energy MLP FD Inc (CEM) | B | Dividend | J | T | | | | | |
| 60. -Clearbridge Energy MLP OPP FD (EMO) | A | Dividend | J | T | | | | | |
| 61. -Cons Discret Sel Sect Spdr Fd (XLY) | A | Dividend | K | T | | | | | |
| 62. -Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 63. -Principal Preferred Sec Inst (PPSIX) | C | Dividend | M | T | | | | | |
| 64. -SPDR Trust Series 1 (SPY) | D | Dividend | N | T | | | | | |
| 65. -Telsa Motors Inc (TSLA) | | None | L | T | | | | | |
| 66. - Ishares Core High Dividend ETF (HDV) | C | Dividend | L | T | | | | | |
| 67. -Vanguard Dividend Appreciation (VIG) | C | Dividend | M | T | | | | | |
| 68. -Doubleline Core Fixed Inc (DBLFX) | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Van Eck Emerging Markets Y (EMRYX) | C | Dividend | M | T | | | | | |
| 70.   -Alerian MLP ETF (AMLP) | B | Dividend | J | T | | | | | |
| 71.   -Blockrock Strategic Inc (BSIIX) | C | Dividend | M | T | | | | | |
| 72.   -Templeton Global BD FD (TBGAX) | C | Dividend | K | T | | | | | |
| 73.   -Principal Midcap Instl (PCBIX) | A | Dividend | M | T | | | | | |
| 74.   -Clearbridge All Cap Value I (SFVYX) | A | Dividend | K | T | | | | | |
| 75.   -Utilities Sel Sec SPDR FUnd (XLU) | B | Dividend | L | T | | | | | |
| 76.   -Putname Short Duration Income Y (PSDYX) | C | Dividend | M | T | | | | | |
| 77. | | | | | | | | | |
| 78.   Morgan Stanely IRA # 2 (H) | | | | | | | | | |
| 79.   -Invesco Bric ETF (EEB) | A | Dividend | J | T | | | | | |
| 80.   -Invesco QQQ Trust, Series 1 (QQQ) | A | Dividend | K | T | | | | | |
| 81.   -iShares S&P 500/Barr Growth | A | Dividend | K | T | Sold<br>(part) | 01/29/19 | J | B | |
| 82.   -iShares S&P Global 100 | A | Dividend | J | T | | | | | |
| 83.   - Bank Deposit Program | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544